UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PROTECT THE PUBLIC'S TRUST,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF COMMERCE,<br><br>Defendant. | Civil Action No. 22-2699 (BAH) |

**JOINT STATUS REPORT**

Plaintiff Protect the Public's Trust ("Plaintiff") and Defendant, the U.S. Department of Commerce ("Defendant"), by and through undersigned counsel, respectfully submit this joint status report in this Freedom of Information Act ("FOIA") action pursuant to the Court's Standing Order (ECF No. 2). The parties apologize to the Court for missing the initial fourteen-day deadline for the filing of the report after the filing of Defendant's answer (ECF No. 5) on November 14, 2022. The parties have met and conferred and state as follows:

This matter involves Plaintiff's December 2021 FOIA request to Defendant. Defendant has not made a final determination regarding the FOIA request and has not made any productions. While searches of several custodians have been completed and potentially responsive records have been located, Plaintiff has requested that a large number of custodians be searched. Therefore, the search for potentially responsive documents is ongoing.

Defendant expects the searches to be completed within 30-days and an accurate number of potentially responsive pages and a production schedule should be clarified after that time.

The parties therefore request that another status report be filed within sixty days to update the Court on the status of the searches and a production schedule.

Dated: December 23, 2022        Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: _____/s/Thomas W. Duffey_____
THOMAS W. DUFFEY
Assistant United States Attorney
601 D Street, NW Washington,
DC 20530
(202) 252-2510
Thomas.duffey@usdoj.gov

*Attorneys for Defendants*

By: /s/Gary M. Lawkowski
GARY M. LAWKOWSKI
D.D.C. Bar ID: VA125
DHILLON LAW GROUP, INC.
2121 Eisenhower Avenue, Suite 608
Alexandria, Virginia 22314
Telephone: 703-574-1654
GLawkowski@Dhillonlaw.com

*Counsel for the Plaintiff*