UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| PROTECT THE PUBLIC'S TRUST, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | Civil Action No. 22-2699 (BAH) |
| U.S. DEPARTMENT OF COMMERCE, | ) ) | |
| Defendant. | ) ) ) ) | |

**JOINT STATUS REPORT**

Plaintiff Protect the Public's Trust ("Plaintiff") and Defendant, the U.S. Department of Commerce ("Defendant"), by and through undersigned counsel, respectfully submit this joint status report in this Freedom of Information Act ("FOIA") action pursuant to the Court's Minute Order dated December 27, 2022. The parties have conferred and state as follows:

This matter involves Plaintiff's December 2021 FOIA request to Defendant. Defendant has not made a final determination regarding the FOIA request and has not made any productions to date.

Defendant has completed its searches pursuant to this request. While Defendant initially believed the number of potentially responsive documents would not be large, that has proven to be incorrect, and the number of documents generated in response to Defendant's search at present is unmanageable and would take an inordinate amount of time to review and produce. Defendant has therefore made several proposals to Plaintiff to narrow the request and the universe of potentially responsive records. Plaintiff is considering the proposals and the parties will continue to discuss and cooperate.

The parties therefore request that another status report be filed within sixty days, on April

- 2 -

27, 2023, to update the Court on the status of the searches and a production schedule.

Dated: February 27, 2023				Respectfully submitted,

/s/ Gary Lawkowski
GARY LAWKOWSKI						MATTHEW M. GRAVES, D.C. Bar #481052
Dhillon Law Group, Inc.					United States Attorney
2121 Eisenhower Avenue
Suite 608							BRIAN P. HUDAK
Alexandria, VA 22314					Chief, Civil Division
703-574-1654
Email: glawkowski@dhillonlaw.com			By:     /s/Thomas W. Duffey
							THOMAS W. DUFFEY
							Assistant United States Attorney
							601 D Street, NW Washington, DC 20530
							(202) 252-2510
							Thomas.duffey@usdoj.gov

							*Attorneys for Defendants*